NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JUAN M. MORALES,**
*Petitioner,*

v.

**DEPARMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2012-3004

---

Petition for review of the Merit Systems Protection Board in case no. DA3330110112-I-1.

---

**ON MOTION**

---

# ORDER

Juan M. Morales moves for the following: an "appeal with a three judge committee," "to request counsel for disabled veteran," and leave to file *in forma pauperis*.

Mr. Morales's principal brief was filed on December 17, 2011, and Respondent Department of Homeland Security's response brief was filed on January 10, 2012. This appeal will be assigned to a three-judge panel in due course per court procedure.

As to Mr. Morales's request for appointment of counsel, Mr. Morales is advised that pro bono counsel may be available to veterans for representation at this court through various assistance programs, including the Federal Circuit Bar Association's Veterans Pro Bono Program.

Finally, on October 14, 2011, Mr. Morales's previous motion for leave to file *in forma pauperis* was granted.

Accordingly,

IT IS ORDERED THAT:

(1)      The motion for consideration by a three-judge panel is denied as moot.

(2)      The motion for appointment of counsel is denied.

(3)      The motion for leave to file *in forma pauperis* is denied as moot.

FOR THE COURT

JAN 2 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Juan M. Morales
     Barbara Thomas, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 6 2012

JAN HORBALY
CLERK